UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 1:13-cv-11078-RGS |
| | ) | |
| Scott G. Baker, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Agreed Judgment

The Court has determined that judgment should be entered consistent with the agreement of the Plaintiff, United States, and Defendant, Scott Baker, which resolves Count 1 of the United States' Complaint. Accordingly, it is

ORDERED that:

Defendant Scott Baker is indebted to the United States in the amount of $5,026,915.43 for taxes, interest, and statutory additions for federal income taxes due for the 1997 to 2002 tax years, plus interest and statutory additions accruing after December 1, 2014, until judgment is paid.

SO ORDERED

Richard G. Stearns
UNITED STATES DISTRICT JUDGE

12316418.1