UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case 1:13-cv-11078-RGS ) |
| Scott G. Baker and Robyn Baker | ) ) |
| Defendants. | ) ) |

### ORDER

Plaintiff, United States of America, and Robyn Baker, by their attorneys, have filed a stipulation requesting that the Court enter an order requiring the bankruptcy plan trustee in *In re Int'l Mgmt. Assocs., LLC*, Case No. 06-62966 (Bankr. N.D.Ga.) to make any distributions in respect to the claim on behalf of the Scott Baker Family Trust payable to Robyn Baker, Trustee, rather than to Scott Baker, and to send checks to the attorneys for Robyn Baker in this matter. Having considered the premises, and having previously determined that Robyn Baker was entitled, by virtue of the Bakers' divorce, to a half interest in the claim of the Scott Baker Family Trust and that the tax liens of the United States of America encumbered the other half interest in said claim, and in light of the parties' stipulation that Robyn Baker's attorneys will assure that any distributions they receive as her attorney will be property divided, the Court hereby GRANTS the request, subject to the right of the IMA trustee to seek reconsideration and without prejudice to any objections indicated in any such motion for reconsideration. Accordingly, its is hereby

ORDERED that the plan trustee in *Int'l Mgmt. Assocs., LLC*, Case No. 06-62966 (Bankr. N.D.Ga.), understood to be William F. Perkins on behalf of International Management Assoc., LLC ("the IMA plan trustee"), shall make any and all distributions in respect to the claim of the Scott Baker Family Trust (or any claim made on behalf of any trust by a similar name) to Robyn

1

Baker as trustee of said trust and shall cause the same to be delivered to the law firm of McMahon & Associates, PC (attention Sean McMahon or Eric Rietveld); One Financial Center, 15th Floor; Boston, Massachusetts 02111. This includes but is not limited to a check to replace check number 3379 dated 11/30/2016 in the sum of $53,562.30 which has not been negotiated.

IT IS FURTHER ORDERED that this order is without prejudice to any contentions the IMA plan trustee may have made to this order prior to its entry, provided that a motion to reconsider is filed on behalf of the IMA plan trustee within the later of 28 days of this Order or 21 days after receipt of a copy of this Order by the IMA plan trustee. A copy of this Order shall be served on the IMA plan trustee by counsel for Robyn Baker and may be served by any means provable, including email, telefax, mail, or private delivery service.

SO ORDERED on October 23, 2017.

/s/ Richard G. Stearns
Richard G. Stearns
United States District Judge